Jennifer M. Lantz (SBN: 202252)
**DUANE MORRIS LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Tele: 650-847-4174
Fax: 650-523-4780

Meghan C. Killian (SBN: 310195)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Tele: 415-957-3138
Fax: 415-840-0017

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAGOS, INC., <br><br> PLAINTIFF, <br><br> V. <br><br> PANDOREA DEVELOPMENT CO.; LIGOS JEWELRY; AG JEWELERS; GET THAT JEWELRY, <br><br> DEFENDANTS. | Case No.: 5:21-cv-00879-JGB-SP <br><br> **STIPULATION OF DISMISSAL OF DEFENDANTS PANDOREA DEVELOPMENT CO., LIGOS JEWELRY, AND GET THAT JEWELRY WITHOUT PREJUDICE** |

### STIPULATION OF DISMISSAL OF DEFENDANTS PANDOREA DEVELOPMENT CO., LIGOS JEWELRY, AND GET THAT JEWELRY WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Lagos, Inc., and Defendants Pandorea Development Co., which also does business as Ligos Jewelry and Get That Jewelry, by and through their attorneys, jointly submit this Stipulation of Dismissal without prejudice only as to Defendants Pandorea Development Co., Ligos Jewelry and Get That Jewelry, each party to bear its own costs and fees.

| | | |
|---|---|---|
| 1 | Dated: July 15, 2021 | **THE MYERS LAW GROUP** |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Nicholas D. Myers |
| 5 | | *Attorney for Pandorea Development Co., d/b/a Ligos Jewelry and Get That Jewelry* |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Dated: July 16, 2021 | **DUANE MORRIS LLP** |
| 10 | | |
| 11 | | By:/s/ *Jennifer M. Lantz* |
| | | Jennifer M. Lantz |
| | | *Attorney for LAGOS, Inc.* |