Jennifer M. Lantz (SBN: 202252)
**DUANE MORRIS LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Tele: 650-847-4174
Fax: 650-523-4780

Meghan C. Killian (SBN: 310195)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Tele: 415-957-3138
Fax: 415-840-0017

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAGOS, INC.,**<br><br>PLAINTIFF,<br><br>V.<br><br>**PANDOREA DEVELOPMENT CO.; LIGOS JEWELRY; AG JEWELERS; GET THAT JEWELRY,**<br><br>DEFENDANTS. | Case No.: 5:21-cv-00879-JGB-SP<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT A G JEWELERS WITHOUT PREJUDICE** |

## STIPULATION OF DISMISSAL OF DEFENDANT A G JEWELERS WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Lagos, Inc., and Defendant A G Jeweler Corp., d/b/a AG JEWELERS, jointly submit this Stipulation of Dismissal without prejudice only as to Defendant A G Jeweler Corp., d/b/a AG JEWELERS, each party to bear its own costs and fees.

| | |
|---|---|
| Dated: August 10, 2021 | **LAW OFFICE OF LEE DAVID LUBIN, INC.** |
| | By:/s/ *Lee Lubin* |
| | Lee Lubin, Esq. |
| | *Attorney for A G Jeweler Corp., d/b/a AG JEWELERS* |
| Dated: August 10, 2021 | **DUANE MORRIS LLP** |
| | By:/s/ *Jennifer M. Lantz* |
| | Jennifer M. Lantz |
| | *Attorney for LAGOS, Inc.* |

I, Jennifer M. Lantz, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing, pursuant to Local Rule 5-4.3.4(2)(i).

| | |
|---|---|
| Dated: August 10, 2021 | **DUANE MORRIS LLP** |
| | By:/s/ *Jennifer M. Lantz* |
| | Jennifer M. Lantz |
| | *Attorney for LAGOS, Inc.* |