Jennifer M. Lantz (SBN: 202252)
**DUANE MORRIS LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Tele: 650-847-4174
Fax: 650-523-4780

Meghan C. Killian (SBN: 310195)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Tele: 415-957-3138
Fax: 415-840-0017

Attorneys for Plaintiff

JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAGOS, INC.,**<br><br>PLAINTIFF,<br><br>V.<br><br>**PANDOREA DEVELOPMENT CO.; LIGOS JEWELRY; AG JEWELERS; GET THAT JEWELRY,**<br><br>DEFENDANTS. | Case No.: 5:21-cv-00879-JGB-SP<br><br>**ORDER GRANTING STIPULATION OF PARTIAL DISMISSAL OF DEFENDANT AG JEWELERS WITHOUT PREJUDICE** |

Pursuant to the Stipulation between Plaintiff, Lagos, Inc., and Defendant A G Jeweler Corp., d/b/a AG Jewelers, it is hereby ordered that all claims in the above-captioned action should be dismissed without prejudice only as to Defendant A G Jeweler Corp., d/b/a AG Jewelers, each party to bear its own costs and fees.

Dated: August 17, 2021        By: _____
                              Honorable Jesus G. Bernal
                              U.S. District Judge for Central
                              District of California